■ In the Matter of TOTH & WATANABE, INC., Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant. [594 NYS2d 199] —Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered June 29, 1992, which granted petitioner's application pursuant to CPLR article 78 to annul respondent's denial of petitioner's application for an on-premises liquor license, and directed respondent to issue the license, unanimously affirmed, without costs.

Respondent's finding that petitioner's lack of experience would prevent it from effectively running a bar is mere speculation that has no rational basis in the record (see, Matter of Sled Hill Cafe v Hostetter, 22 NY2d 607, 612-613), which demonstrates that three of the four principals operated their own business, that one of the principals ran a restaurant that sold liquor, and that petitioner hired a general manager with extensive liquor experience. Concur—Milonas, J. P., Rosenberger, Kupferman and Ross, JJ.